NUMBER 13-02-521-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

_____________________________________________________________________


EUGENE X. MERCIER , Appellant,



v.



THE STATE OF TEXAS, Appellee.

_____________________________________________________________________


On appeal from the 332nd District Court 

of Hidalgo County, Texas.

___________________________________________________________________



MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza

Opinion Per Curiam


 Appellant, EUGENE X. MERCIER , perfected an appeal from a judgment entered by the 332nd District Court of Hidalgo
County, Texas, in cause number CR-3680-01-F . Appellant has filed a motion to dismiss the appeal. The motion complies
with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 5th day of June, 2003 .